FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 26 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>NEGASI ZUBERI,<br><br>                              Defendant. | CASE NO. 3:23-mj-92-CSD<br><br>**ORDER** |

The court has reviewed the United States Marshal's Prisoner Restraint Request. Having reviewed the report, the court finds that the compelling governmental interest and the least restrictive means for maintaining security and order in the courtroom as it concerns this defendant is as follows:

_____    No Restraints.                    _____    Leg Restraints.

_____    Handcuffs.                         __X__    Full Restraints.

**IT IS SO ORDERED.**

DATED: July 26, 2023.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE